Hon. Ronald B. Leighton

06-CV-05354-ORD

FILED _____ LODGED
_____ RECEIVED

JUL 24 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| **BRUCE ROBINSON**, a natural person,<br><br>Plaintiff,<br>vs.<br><br>**PIERCE COUNTY**, a county of Washington State; **LARRY GEZELIUS**, a natural person and the marital estate thereof; **DENNIS SCHATZ**, a natural person and the marital estate thereof,<br><br>Defendants. | No. C06-5354 RBL<br><br>(~~PROPOSED~~) ORDER GRANTING JOINT MOTION FOR CONTINUANCE<br><br>For consideration Friday July 27, 2007 |

THIS MATTER having come on regularly to be heard before the undersigned judge of the above-entitled court upon Plaintiff's and Defendants' Joint Motion for Continuance; said Plaintiff being represented by Thomas T. Osinski, Jr., and said Defendants being represented by Deputy Prosecuting Attorney Donna Masumoto; and the court having reviewed the files and records herein, including the following documents:

1. Declaration Of Counsel

Plus all attachments and exhibits thereto; and being fully advised in the premises, it is hereby

(PROPOSED) ORDER GRANTING JOINT
MOTION FOR CONTINUANCE - 1

Osinski Law Offices, P.L.L.C.
535 Dock St. Suite 108, Tacoma Washington 98402
Telephone (253) 383-4433   Fax (253) 572-2223

1 | ORDERED, ADJUDGED and DECREED that Plaintiff's and Defendants' Joint
2 | Motion for Continuance is hereby GRANTED; it is further
3 | Ordered that the new trial date will be March 24, 2008.
4 | A scheduling order will follow.
  | DATED this 23rd day of July, 2007.

_____
Judge Ronald B. Leighton

Presented by:

OSINSKI LAW OFFICES, P.L.L.C.

/s/ Thomas T. Osinski Jr.
_____
Thomas T. Osinski, Jr., Esq., WSBA #34154
Attorney for Plaintiff

And

GERALD A. HORNE
Prosecuting Attorney

/s/ Donna Masumoto
_____
Donna Masumoto, WSBA #19700
Attorneys for Pierce County

(PROPOSED) ORDER GRANTING JOINT
MOTION FOR CONTINUANCE - 2

Osinski Law Offices, P.L.L.C.
535 Dock St. Suite 108, Tacoma Washington 98402
Telephone (253) 383-4433   Fax (253) 572-2223